IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| JEFFREY COLEMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | Civil Action No. 7:21cv00387 |
| v. | ) | **ORDER** |
| KYLE A. SMITH, *et al.*, | ) | By:   Hon. Thomas T. Cullen |
| | ) | United States District Judge |
| Defendants. | ) | |

For the reasons stated in the court's Memorandum Opinion, it is **ORDERED** that Dr. Smith and Nurse Burchett's motion to dismiss (ECF No. 34) is **GRANTED**, Coleman's motion for summary judgment (ECF No. 26) is **DENIED**, and the Clerk shall **STRIKE** this action from the active docket.

The clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 26th day of August, 2022.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE